JS-6

Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Javier Topete Rubio

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JAVIER TOPETE RUBIO, | Case No.: 2:13-cv-00941-JPR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

        The above captioned matter is dismissed with prejudice, each party to bear

its own fees, costs, and expenses.

        IT IS SO ORDERED.

DATE:  August 14, 2013

THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-

1

DATE: August 12, 2013          Respectfully submitted,

2

LAW OFFICES OF LAWRENCE D. ROHLFING
/s/ *Brian C. Shapiro*

3

BY:_____
Brian C. Shapiro
Attorney for plaintiff Javier Topete Rubio

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:13-cv-00941-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on August 12, 2013.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____

Brian C. Shapiro
Attorneys for Plaintiff
_____