JS-6

1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Javier Topete Rubio

7
                  **UNITED STATES DISTRICT COURT**
8                 **CENTRAL DISTRICT OF CALIFORNIA**
                        **SOUTHERN DIVISION**
9

10 | JAVIER TOPETE RUBIO, | ) Case No.: 2:13-cv-00941-JPR
11 |                      | ) ORDER OF DISMISSAL
   |      Plaintiff,      | )
12 |                      | )
   |        vs.           | )
13 | CAROLYN W. COLVIN, Acting | )
   | Commissioner of Social Security, | )
14 |                      | )
15 |      Defendant.      | )
16 |                      | )

17
        The above captioned matter is dismissed with prejudice, each party to bear
18
   its own fees, costs, and expenses.
19
        IT IS SO ORDERED.                    [signature]
20
21 DATE: August 14, 2013
                                    THE HONORABLE JEAN P. ROSENBLUTH
22                                  UNITED STATES MAGISTRATE JUDGE
23
24
25
26

                              -1-

1  DATE: August 12, 2013          Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ *Brian C. Shapiro*
                            BY:_____
3                                 Brian C. Shapiro
                                  Attorney for plaintiff Javier Topete Rubio
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:13-cv-00941-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 12, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____